RECEIVED
IN MONROE, LA
DEC 0 6 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| RICKEY LEE HALTON | CIVIL ACTION NO. 06-1055 |
| VS. | SECTION P |
| ROBERT RACHAL, ET AL. | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Reports and Recommendations of the Magistrate Judge [Doc. Nos. 15 and 22] previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Reports and Recommendation in the record,

**IT IS ORDERED THAT** Plaintiff's civil rights complaint (including his prayer for injunctive relief) [Doc. No. 1] and his Supplemental civil rights complaint [Doc. No. 16] be **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. §§1915 and 1915A; and,

**IT IS FURTHER ORDERED THAT** plaintiff's Motions for Preliminary Injunction, Temporary Restraining Order, and Declaratory Judgment [Doc. Nos. 9, 10, 11] be **DENIED** and **DISMISSED WITH PREJUDICE**; and,

**IT IS FURTHER ORDERED THAT** plaintiff's Motion to Certify Class [Doc. No. 12] be **DENIED** and **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED, in chambers, in Monroe, Louisiana, on this 5 day of December, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE